IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BRYAN LEE SIMPSON,

    Petitioner,

-vs-

JAMES CROSS, JR.,

    Respondent.                    No. 15-cv-817-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order entered by this Court on September 21, 2015 (Doc. 10), the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241 is **DISMISSED with prejudice.** Judgment is in favor of the Respondent.

                            JUSTINE FLANAGAN,
                            ACTING CLERK OF COURT


                            BY:  s/*Caitlin Fischer*
                                    Deputy Clerk

**DATED:** September 21, 2015

Digitally signed by David R. Herndon
Date: 2015.09.21 11:57:55 -05'00'

**APPROVED:**
    U.S. DISTRICT JUDGE
    U. S. DISTRICT COURT